**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| OLD GATE PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OWENS-ILLINOIS, INC., <br><br> Defendant. | Case No. 3:18 Civ. 01657 (AVC) |

## SCHEDULING ORDER

1. The parties shall have until May 14, 2019 to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

2. The parties shall have until May 22, 2019 to agree on a protocol for the production of electronic and hard copy documents.

3. The parties shall have until August 2, 2019 to complete all fact discovery, including the deposition of any fact witnesses.

4. The parties shall have until August 29, 2019 to designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. of Civ. P. 26(a)(2) on any issues on which they bear the burden of proof, including damages.

5. The parties shall have until September 30, 2019 to designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. of Civ. P. 26(a)(2) on any issues on which they do not bear the burden of proof.

6. The parties shall have until October 18, 2019 to provide opposing counsel with any rebuttal reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they bear the burden of proof, including damages.

7. The parties shall have until November 15, 2019 to complete expert discovery, including the deposition of any expert witnesses.

It is so ordered this *20th* day of May, 2019, at Hartford, Connecticut.

By: _____/s/ Covello_____

Alfred V. Covello
United States District Judge