UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLD GATE PARTNERS, LLC, | : | |
|     Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:18-CV-01657 (JCH) |
| v. | : | |
| | : | |
| PADDOCK ENTERPRISES, LLC, | : | |
|     Defendant. | : | MARCH 24, 2025 |

### ORDER ON PLAINTIFF'S AMENDED
### DEPOSITION DESIGNATIONS (DOC. NO. 206-1)

Attached are the court's rulings on Objections to various deposition designations for David Gordon, Jeffrey Wilcox, Mark Lewis, and Roger Smith.

Dated at New Haven, Connecticut, this 24th day of March 2025.

                                                **/s/ Janet C. Hall**
                                                Janet C. Hall
                                                U.S. District Judge

Old Gate Partners, LLC v. Paddock Enterprises, LLC Case No. 3:18 Civ. 01657 (JCH)

Joint Trial Memo Deposition Designations Plaintiff's Case in Chief

| Old Gate's Affirmative Deposition Designations | Errata | Paddock's Objections | Paddock's Cross-Designations | Old Gate's Objections to Paddock's Cross-Designations | Court's Rulings |
|---|---|---|---|---|---|
| **David Gordon - January 10, 2023 (Revised Version)** | | | | | |
| 8:9-8:16 | 8:14-15 ("Since briefly after its inception **in** [of] December 2019.") | No objections | | | |
| 11:14-13:2 | | No objections | | | |
| 14:12-19 | | **Relevance** | | | Overruled |
| 18:20-19:10 | | No objections | | | |
| 60:15-60:24 | | No objections | | | |
| 68:3-68:22 | | No objections | 65:20-68:1 | No objection | |
| 70:9-72:6 | | No objections | 72:7-74:17 | **Non-responsive answer from insufficiently knowledgeable Rule 30(b)(6) witness** | Sustained.  74:6-74:17 not expert; 72:7-72:20 speculative; 73:5-73:13 non-responsive; 73:14-73:20 not within 30(b)(6) scope;  73:22-74:5 non-responsive; 403 |
| 74:19-76:12 | 74:21-25 ("Paddock has filed a counterclaim in which it seeks a determination that the Plaintiff, perhaps along with other potentially responsible parties, **has** [have] responsibility for possible contamination of the property.") | No objections | | | |
| 85:8-92:21 | 85:16-17 ("**There** [It] certainly could be. Whether they're viable or not I don't know.") | No objections | | | |
| 93:13-94:25 | | No objections | | | |
| 98:22-99:14 | | No objections | 97:2-98:21 | **Non-responsive answer from insufficiently knowledgeable Rule 30 (b)(6) witness who was required to respond to best of Paddock's present knowledge** | Overruled |
| 99:24-103:12 | | No objections | | | |
| 103:24-106:5 | | No objections | | | |
| 110:13-112:21 | | No objections | | | |
| 210:7-219:13 | 212:6-8 ("Paddock is the successor **in** [and] interest to Owens-Illinois by virtue of its merger.") 218:25-219:2 ("**Paddock** [OI–Paddock has – ] is the successor, as defendant . . .") | **Relevance** | | | Overruled |

1

| | | | | | |
|---|---|---|---|---|---|
| **Jeffrey Wilcox - July 30, 2019** | | | | | |
| 8:7-9:1 | | No objections | | | |
| 14:2-18:13 | | No objections | 18:14-15 | | |
| 18:16-18:25 | | No objections | | | |
| 19:4-22:5 | | No objections | | | |
| 23:3-23:21 | | No objections | | | |
| 24:4-25:12 | | No objections | | | |
| 27:24-28:10 | | No objections | | | |
| 30:21-32:16 | | No objections | | | |
| 35:20-38:5 | | No objections | | | |
| 40:20-47:3 | | No objections | | | |
| 51:7-59:21 | | No objections | | | |
| 65:21-67:16 | | No objections | | | |
| 69:1-69:14 | | No objections | | | |
| 69:18-75:19 | | No objections | | | |
| 77:17-78:21 | | No objections | | | |
| 79:11-80:3 | | No objections | | | |
| 81:24-82:24 | | No objections | | | |
| 83:18-84:8 | | No objections | | | |
| 87:1-89:4 | | No objections | | | |
| 91:16-94:21 | | No objections | | | |
| 95:1-101:24 | | No objections | | | |
| 102:2-106:12 | | No objections | | | |
| 107:16-108:17 | | No objections | 117:20-118:3 | Calls for expert testimony | Overruled |
| 109:2-111:6 | | No objections | | | |
| 124:14-125:8 | | No objections | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Mark Lewis - July 30, 2019** | | | | | |
| 6:18-7:1 | | No objections | | | |
| 10:5-11:10 | | No objections | | | |
| 14:2-17:15 | | No objections | | | |
| 18:7-22:25 | | No objections | | | |
| 23:23-25:17 | | No objections | | | |
| 26:21-28:2 | | No objections | 25:18-26:20 | No objection | |
| 30:15-34:7 | | No objections | | | |
| 36:17-37:15 | | No objections | | | |
| 37:16-39:24 | | No objections | | | |
| 40:21-44:23 | | No objections | | | |
| **Roger Smith - July 26, 2019** | | | | | |
| 10:11-12:7 | | No objections | | | |
| 22:8-25:25 | | No objections | 26:2-4 (to complete the witness' answer) | No objection | |
| 29:6-33:4 | | No objections | | | |
| 39:6-44:4 | | No objections | | | |
| 44:18-46:4 | | No objections | | | |
| 47:10-50:19 | | No objections | | | |
| 50:20-55:25 | | No objections | | | |
| 56:2-57:21 | | No objections | | | |
| 60:11-64:22 | | No objections | | | |
| 64:23-69:20 | | No objections | | | |
| 96:11-99:8 | | No objections | | | |
| 99:12-102:21 | | No objections | | | |
| 110:15-111:19 | | No objections | | | |
| 114:4-117:5 | | **Testimony about settlement agreement is inadmissible under FRE 408** | Dep. Ex. 115:06-115:25 | | Overruled |
| 125:12-127:25 | | No objections | 128:2-7; 132:23-133:10 | **Lack of personal knowledge, lay opinion** | Sustained, lacks personal knowledge |
| 128:8-132:22 | | No objections | | | |
| 133:11-136:6 | | No objections | | | |
| 137:8-138:4 | | No objections | | | |
| 138:8-139:19 | | No objections | | | |
| 143:3-143:20 | | No objections | | | |
| 151:13-158:2 | | No objections | | | |
| 165:7-170:11 | | No objections | | | |
| 190:19-198:6 | | No objections | | | |
| 201:8-202:14 | | No objections | | | |