UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLD GATE PARTNERS, LLC, | : | |
|     Plaintiff, | : | CIVIL CASE NO. |
| | : | 3:18-CV-01657 (JCH) |
| v. | : | |
| | : | |
| PADDOCK ENTERPRISES, LLC, | : | |
|     Defendant. | : | MARCH 24, 2025 |

**ORDER ON DEFENDANT'S AMENDED
DEPOSITION DESIGNATIONS (DOC. NO. 206-2)**

Attached are the court's rulings on Objections to various deposition designations

for Jeffrey Wilcox, Mark Lewis, Roger Smith, and John Johnson,

Dated at New Haven, Connecticut, this 24th day of March 2025.

                                                      /s/ Janet C. Hall
                                                    Janet C. Hall
                                                    U.S. District Judge

Old Gate Partners, LLC v. Paddock Enterprises, LLC
Case No. 3:18 Civ. 01657 (JCH)
Paddock's Deposition Designations, Old Gate's Objections and Cross-Designations, and Paddock's Objections

| | | | | |
|---|---|---|---|---|
| Old Gate Partners, LLC v. Paddock Enterprises, LLC<br>Case No. 3:18 Civ. 01657 (JCH)<br>Joint Trial Memo Deposition Designations Spreadsheet - Defendant's Case in Chief | | | | |
| **Paddock's Affirmative Deposition Designations** | **Old Gate's Objections*** | **Old Gate's Cross-Designations*** | **Paddock's Objections to Old Gate's Cross-Designations** | **Court Rulings** |
| Jeffrey Wilcox - July 30, 2019 | | | | |
| 11:15-18 | No objection | | | |
| 13:12-14:1 | No objection | | | |
| 18:22-23 | No objection | | | |
| 19:4-20 | No objection | | | |
| 20:10-22:8 | No objection | | | |
| 23:18-23 | No objection | | | |
| 24:4-11 | No objection | | | |
| 25:10-12 | No objection | | | |
| 26:21-27:10 | No objection | | | |
| 27:24-28:10 | No objection | | | |
| 30:21-25 | No objection | | | |
| 31:7-18 | No objection | | | |
| 38:6-17 | Document speaks for itself; misleading question; assumes facts not in evidence | 38:19-:39:21 | No objection | Sustained unless defendant's Exhibit 150 is in evidence. |
| 40:7-19 | Lack of personal knowledge; answer conflicts with other evidence | 16:6-17:14; 23:12-17; 77:17-25; 78:8-21 | No objection | Overruled, no indication what other evidence it conflicts with. |
| 46:7-16 | No objection | 46:17-46:21 | No objection | |
| 48:5-9 | No objection | 48:10-12 | No objection | |
| 50:8-21 | No objection | | | |
| 51:3-52:14 | No objection | 53:20-55:19 | No objection | |
| 55:20-56:12 | No objection | 56:13-57:10 | No objection | |
| 57:11-58:12 | No objection | | | |
| 60:3-20 | No objection | | | |
| 65:13-15 | No objection | | | |
| 66:5-9 | No objection | | | |
| 66:21-67:6 | No objection | | | |
| 67:19-69:4 | No objection | 83:18-84:8 | No objection | |
| 69:21-25 | No objection | | | |
| 71:12-23 | No objection | 107:16-108:4 | No objection | |
| 72:16-74:3 | No objection | 81:24-82:24; 124:14-125:9 | No objection | |
| 74:14-25 | No objection | 75:1-15 | No objection | |
| 75:8-19 | No objection | | | |
| 78:1-7 | No objection | | | |
| 78:19-21 | No objection | | | |
| 111:24-113:1 | No objection | | | |
| 113:19-21 | No objection | | | |
| 114:1-115:5 | Document speaks for itself; misleading question; assumes facts not in evidence; ignores contradictory statements in same document | | | Discuss with counsel |
| 116:8-17 | Irrelevant; lack of personal knowledge | | | Discuss with counsel |
| 118:10-13 | Lack of personal knowledge; answer conflicts with other evidence | | | Overruled, no indication what other evidence it conflicts with. |

Old Gate Partners, LLC v. Paddock Enterprises, LLC
Case No. 3:18 Civ. 01657 (JCH)
Paddock's Deposition Designations, Old Gate's Objections and Cross-Designations, and Paddock's Objections

| Paddock's Affirmative Deposition Designations | Old Gate's Objections* | Old Gate's Cross-Designations** | Paddock's Objections to Old Gate's Cross-Designations | Court Rulings |
|---|---|---|---|---|
| | | Old Gate Partners, LLC v. Paddock Enterprises, LLC<br>Case No. 3:18 Civ. 01657 (JCH)<br>Joint Trial Memo Deposition Designations Spreadsheet - Defendant's Case in Chief | | |
| **Mark Lewis - July 30, 2019** | | | | |
| 10:5-11:21 | No objection | | | |
| 14:6-13 | No objection | | | |
| 14:18-22 | No objection | | | |
| 16:6-22 | No objection | | | |
| 17:19-19:19 | No objection | | | |
| 19:22-20:2 | No objection | | | |
| 20:9-13 | No objection | | | |
| 21:16-21 | No objection | | | |
| 22:15-18 | No objection | | | |
| 23:23-24:15 | No objection | | | |
| 25:6-17 | No objection | | | |
| 27:1-29:19 | Relevance; speculation; lack of knowledge as to 29:10-15 | 40:24-43:19; 45:23-46:3 | No objection | Sustained as to 29:10-29:15 / speculative. |
| 30:3-23 | Relevance as to 30:3-14 | | | Sustained. |
| 32:23-33:14 | No objection | 43:21-44:23 | No objection | |
| 35:12-20 | Improper cumulative testimony that merely recalls another witness's testimony; lack of personal knowledge; unqualified witness; undefined terms; misleading question; leading question; answer conflicts with other evidence | 35:21:00 | No objection | Overruled. Cumulative testimony overruled; answer conflicts with other evidence overruled. All other objections overruled. |
| 35:22-36:3 | Lack of personal knowledge; unqualified witness; undefined terms; misleading question; leading question; answer conflicts with other evidence | | | Overruled |
| 37:16-25 | No objection | | | |
| 39:12-22 | No objection | 39:22-24 | No objection | |
| **Roger Smith July 26, 2019** | | | | |
| 6:12-8:24 | No objection | | | |
| 10:20-22 | No objection | 10:11-18; 10:23-11:4; 11:15-12:4 | No objection | |
| 25:7-11 | No objection | 25:12-15 | No objection | |
| 27:19-23 | No objection | 25:16-27:18 | No objection | |
| 31:11-32:4 | No objection | 32:16-33:11 | No objection | |
| 33:8-37:10 | Lack of personal knowledge | | | Overruled as general background; not admissible |
| 82:12-21 | No objection | | | |
| 91:19-21 | Lack of personal knowledge | 91:2-18 | No objection | Sustained |
| 176-14-17 | Lack of personal knowledge/calls for speculation | | | Overruled if within scope of 30(b)(6) deposition notice |

Old Gate Partners, LLC v. Paddock Enterprises, LLC
Case No. 3:18 Civ. 01657 (JCH)
Paddock's Deposition Designations, Old Gate's Objections and Cross-Designations, and Paddock's Objections

| Paddock's Affirmative Deposition Designations | Old Gate's Objections* | Old Gate's Cross-Designations** | Paddock's Objections to Old Gate's Cross-Designations | Court Rulings |
|---|---|---|---|---|
| **John Johnson – July 29, 2019** | | | | |
| 16:4-20 | FRE 602 - lack of personal knowledge, FRE 702 - improper expert opinion, FRE 401 and 403 - this and following testimony are based upon an insufficient definition of hazardous substances by a witness for whom no foundation for the witness's knowledge was provided ("Hazardous Substance Objection") | 10:15-11:22; 140:23-141:1; 162:6-11; 163:6-17; 163:25-164:6; 166:8-167:6; 192:20-193:2; 240:22-241:18; 234:6-237:23; 240:6-241:18 | No objection | Overruled as to his understanding. |
| 18:17-22:10 | While Old Gate does not object to this testimony, it confirms that this witness was only present at the facility from May, 1981 through its closing in August or September of 1987. 18:17-19; 41:10-16.  Thus, he has no personal knowledge of any facts about OI's operations at or the conditions at the facility from OI's initial operations there in 1976 until his arrival over five years later in May of 1981, nor is there testimony that OI's operations didn't change in any material way during its tenure at the Property (FRE 602).  This is a standing objection to all of his subsequent testimony regarding the operations of OI at the facility, i.e., the witness has no knowledge of, and his answers do not pertain to, the period from 1976 up to May, 1981 ("Knowledge Objection"). | 9:19-10-3; 158:23-159:21 | | Improper procedure |
| 23:4-8 | FRE 602 - lack of personal knowledge | 204:17-205:17 | No objection | Overruled |
| 25:19-26:2 | No objection | | | |
| 33:22-34:21 | No objection | 16:25-18:16; 29:4-6, 30:10-31:16; 56:25-57:9; 165:17-24; 166:8-18 | No objection | |
| 35:15-24 | FRE 602 - lack of personal knowledge | 35:2-14 | No objection | Overruled |
| 36:9-37:3 | No objection | 39:12-19, 40:18-49:9;213:24-214:19; 238:14-24 | No objection | |

Case 3:18-cv-01657-JCH    Document 238    Filed 03/24/25    Page 5 of 7

Old Gate Partners, LLC v. Paddock Enterprises, LLC
Case No. 3:18 Civ. 01657 (JCH)
Paddock's Deposition Designations, Old Gate's Objections and Cross-Designations, and Paddock's Objections

4 of 6

| Paddock's Affirmative Deposition Designations | Old Gate's Objections* | Old Gate's Cross-Designations** | Paddock's Objections to Old Gate's Cross-Designations | Court Rulings |
|---|---|---|---|---|
| 41:11-45:10 | FRE 602 (Knowledge Objection); FRE 602 - to the extent Johnson's testimony is offered to establish what did or did not occur at the facility, in almost every instance, no foundation was established that this non-Rule 30 (b)(6) witness would necessarily have knowledge as to whether something did or did not happen. In other words, merely because Johnson testified that he wasn't aware of something is not proof that it did not occur. This is a standing objection to all of his subsequent testimony regarding the operations of OI and conditions at the facility ("Foundation Objection") | | | Overruled. He has personal knowledge. |
| 48:12-49:25 | Knowledge Objection; Foundation Objection - 48:19-25; Hazardous Substance Objection 48:22-25 | 10:15-11:22; 140:23-141:1; 166:8-167:6; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 50:4-53:12 | Knowledge Objection; Foundation Objection 50:24-51:4; 51:22-52:2; Hazardous Substance Objection 51:2-4; 51:25-52:2 | 10:15-11:22; 140:23-141:1; 166:8-167:6; 192:20-193:2; 240:22-241:18 | No objection | Sustained as to 50:4-50:12; Overruled otherwise. |
| 56:16-22 | Knowledge Objection | 53:13-56:15, 56:25-57:9; 255:19-256:12 | No objection | Overruled |
| 57:10-60:6 | Knowledge Objection; Hazardous Substance Objection 58:24-59:1 | 10:15-11:22; 140:23-141:1; 166:8-167:6; 192:20-193:2; 240:22-241:18; 251:10-252:17 | No objection | Overruled |
| 60:17-62:19 | Knowledge Objection | 62:20-63:8; 258:7-259:3 | No objection | Overruled |
| 63:9-65:25 | Knowledge Objection; Foundation Objection 64:14-65:2; 65:9-25; Hazardous Substance Objection 65:14-16; FRE 602 - lack of personal knowledge/speculation | 251:3-252:17 | No objection | Overruled |
| 66:1-69:2 | Knowledge Objection; Foundation Objection 67:11-16 | | | Overruled |
| 70:23-78:6 | Knowledge Objection; Foundation Objection 71:12-20; 73:20-23; 77:4-14; Hazardous Substance Objection 71:17-20 | | | Overruled |
| 78:13-79:15 | Knowledge Objection; Foundation Objection 78:23-79:5; Hazardous Substance Objection 79:2-5 | 10:15-11:22; 140:23-141:1; 166:8-167:6; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 80:11-83:16 | Knowledge Objection | | | Overruled |
| 84:2-86:16 | Knowledge Objection; Foundation Objection 84:11-85:1; Hazardous Substance Objection 84:16-18; 84:23-85:1 | 10:15-11:22; 80:1-10; 140:23-141:1; 166:8-167:6; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 88:5-12 | Knowledge Objection | 107:24-108:5; 215:1-9 | No objection | Overruled |

Old Gate Partners, LLC v. Paddock Enterprises, LLC
Case No. 3:18 Civ. 01657 (JCH)
Paddock's Deposition Designations, Old Gate's Objections and Cross-Designations, and Paddock's Objections

| Paddock's Affirmative Deposition Designations | Old Gate's Objections* | Old Gate's Cross-Designations** | Paddock's Objections to Old Gate's Cross-Designations | Court Rulings |
|---|---|---|---|---|
| 89:16-25 | Knowledge Objection | 88:25-89:15 | No objection | Overruled |
| 90:8-18 | Knowledge Objection; Foundation Objection, FRE 602 - lack of personal knowledge and speculation | 107:24-108:5 | No objection | Sustained as to 90:11-90:17 |
| 91:1-17 | Knowledge Objection; Foundation Objection 91:12-17; FRE 602 - lack of personal knowledge and speculation | 91:18-92:1; 169:22-173:10; 174:20-175:22; 188:24-189:18; 190:5-25; 192:20-193:2; 196:19-197:15; 198:1-25 | No objection | Overruled |
| 92:13-21 | Knowledge Objection | 92:22-93:1 | No objection | Overruled |
| 93:2-94:17 | Knowledge Objection; Foundation Objection 93:2-11 | 107:24-108:5; 175:23-176:12 | No objection | Overruled |
| 94:22-99:10 | Knowledge Objection; Foundation Objection 94:22-25 | 18:17-21:15; 107:24-108:5; 254:25-255:17 | No objection | Overruled |
| 99:22-100:14 | Knowledge Objection | 100:15-101:15 | No objection | Overruled |
| 101:16-102:19 | Knowledge Objection; FRE 602 - lack of personal knowledge, speculation | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 103:20-104:4 | Knowledge Objection; FRE 602 - lack of personal knowledge, speculation | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 104:16-20 | Knowledge Objection; Foundation Objection | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 105:4-106:23 | Knowledge Objection; Foundation Objection; FRE 602 - lack of personal knowledge, speculation | 107:24-108:5; 190:22-25; 215:1-9; 217:20-218:5 | No objection | Overruled |
| 107:5-11 | Knowledge Objection; FRE 602 lack of personal knowledge | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 107:19-23 | Knowledge Objection; Foundation Objection | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 108:6-20 | Knowledge Objection; Foundation Objection | | | Overruled. |
| 109:18-111:18 | Knowledge Objection; FRE 602 - lack of personal knowledge, speculation (109:18-24) | 10:15-11:22; 80:1-10; 107:24-108:5; 140:23-141:1; 166:8-167:6; 178:6-179:17; 184:10-185:8; 192:20-193:2; 240:22-241:18 | No objection | Sustained as to 111:10-111:12. Otherwise overruled. |
| 112:2-113:2 | Knowledge Objection; FRE 403 - inconsistent with other evidence (Paddock Trial Ex. 113 at 8, Ex. 116 at 3) | 107:24-108:5; 113:9-12; 215:1-9 | No objection | Overruled |
| 113:13-114:16 | Knowledge Objection; Foundation Objection (114:7-13); FRE 602 - lack of personal knowledge, speculation; FRE 403 - inconsistent with other evidence (Paddock Trial Ex. 113 at 8, Ex. 116 at 3) | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 116:14-117:25 | Knowledge Objection; Foundation Objection (116:14-117:3) | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 118:15-119:9 | Knowledge Objection; Foundation Objection (118:25-119:9); FRE 403 - inconsistent with other evidence (Paddock Trial Ex. 113 at 8, Ex. 116 at 3) (re 118:15-17) | 119:10-13; 122:9-22 | No objection | Overruled |

Old Gate Partners, LLC v. Paddock Enterprises, LLC
Case No. 3:18 Civ. 01657 (JCH)
Paddock's Deposition Designations, Old Gate's Objections and Cross-Designations, and Paddock's Objections

| Paddock's Affirmative Deposition Designations | Old Gate's Objections* | Old Gate's Cross-Designations** | Paddock's Objections to Old Gate's Cross-Designations | Court Rulings |
|---|---|---|---|---|
| 119:14-122:8 | Knowledge Objection; Foundation Objection (119:19-24; 120:4-24; 121:24-122:8); FRE 602 - lack of Personal knowledge, speculation (120:4-23) | 10:15-11:22; 80:1-10; 107:24-108:5; 140:23-141:1; 166:8-167:6; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 126:18-127:20 | FRE 602 - lack of personal knowledge, speculation; FRE 702 - improper expert opinion | 107:24-108:5;166:8-167:6; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 130:6-25 | FRE 602 - lack of personal knowledge, speculation; FRE 702 - improper expert opinion | 127:21-130:5 | No objection | Overruled |
| 132:3-134:12 | Knowledge Objection; Foundation Objection (133:12-16) | 107:24-108:5;134:13-19; 166:8-167:6; 167:19-169:8; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 134:20-135:12 | FRE 802 - hearsay (135:6-8) | 135:17-20; 195:1-10 | No objection | Sustained as to 135:6-135:8, hearsay. Otherwise overruled. |
| 135:21-24 | No objection | | | |
| 137:16-138:17 | No objection | 166:8-167:6; 192:20-193:2; 240:22-241 | No objection | |
| 163:18-24 | FRE 602 – lack of personal knowledge for this specific answer, as well as the Knowledge Objection, Foundation Objection, and Hazardous Substance Objection | 183:22-184:9, 229:24-230:1 | No objection | Overruled. Has a recollection.. |
| 179:18-180:5 | Knowledge Objection; Foundation Objection | 107:24-108:5;166:8-167:6; 170:3-173:10; 178:6-179:17; 192:20-193:2; 240:22-241:18 | No objection | Overruled |
| 199:10-22 | Knowledge Objection; Foundation Objection | 109:2-25, 166:24-167:6; 190:5-25, 191:24-193:11; 195:11-25, 196:19-197:12, 197:16-198:25; 199:2-9; 240:22-241:18 | No objection | Overruled |
| 243:14-245:11 | Knowledge Objection; Foundation Objection (243:14-17) | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 246:15-247:2 | Knowledge Objection; Foundation Objection, FRE 611 - Unresponsive answer (246:15-19) | 247:3-11 | No objection | Overruled |
| 247:12-248:1 | Knowledge Objection | 107:24-108:5; 190:22-25; 215:1-9 | No objection | Overruled |
| 249:22-250:9 | No objection | 250:10-18 | No objection | |
| 253:24-254:13 | Knowledge Objection | | | Overruled |
| 257:23-258:6 | Knowledge Objection | 256:14-257:22 | No objection | Overruled |
| 261:16-19 | Knowledge Objection; Foundation Objection | 10:15-11:22; 107:24-108:5; 113:9-12; 140:23-141:1; 162:6-11; 163:6-17; 163:25-164:6; 166:8-167:6; 192:20-193:2; 240:22-241:18; ; 215:1-9; 234:6-237:23; 240:6-241:18 | No objection | Overruled |
| * Objections listed are to testimony only. Objections to evidence/exhibits referred to in testimony are set forth in the lists pertaining to exhibits. | | | | |
| ** Cross-designations are listed only once, but any cross-designation may bear on more than one part of a witness's designated testimony. | | | | |